IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIMINAL ACTION
   v.  :
  :  No. 22-457
RONALD C. GRANVILLE
107 Cairo Court
Mooresville, NC 28115

## NOTICE OF HEARING

    Take notice that the defendant is scheduled for a **Sentencing** on **Monday, April 28, 2025, at 10:30 a.m.** before the **Honorable Karen Spencer Marston** in **Courtroom 16B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☒ **Hearing rescheduled from: 01-29-2025**

For additional information, please contact the undersigned.

By:    Mark Rafferty
        Courtroom Deputy to Honorable Karen Spencer Marston
        Phone: 267.299.7370

Date:    01/10/2025

cc via U.S. Mail:    Defendant
cc via email:    Defense Counsel J. Funt, Esq.
        Assistant U.S. Attorney N. Potts
        Assistant U.S. Attorney E. Witherell
        DOJ – Crt D. Grunert
        U.S. Marshal
        Court Security
        Probation Office
        Pretrial Services
        Interpreter Coordinator